IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JERRY WILLIAMS, #018047970, | ) |
| Plaintiff, | ) |
| vs. | ) No. 3:19-CV-0757-C-BH |
| DALLAS COUNTY SHERIFF, | ) |
| Defendant. | ) Referred to U.S. Magistrate Judge |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. By separate judgment, the case will be **DISMISSED without prejudice** for failure to prosecute or follow court orders.[1]

SIGNED this 10th day of June, 2019.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] The Court notes that the docket reflects the Plaintiff's mail was returned undeliverable on May 21, 2019, and that the Clerk re-issued a notice of delivery on that same day. Thus, the Court will calculate the 14-day period for filing any objections to the Findings and Recommendation as beginning on the latter date. At any rate, Plaintiff failed to file any timely objection.